UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
TIMOTHY B. GREENFIELD,

       Plaintiff,

  v.

THE EASTMOND CORPORATION,
A.L. EASTMOND & SONS, INC.,
EASCO BOILER CORP. and
ARLINGTON LEON EASTMOND, JR.,
Individually,

       Defendants.
----------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-08
```

08-cv-07334

CONSENT ORDER
REMANDING MATTER
TO NY SUPREME COURT

ELECTRONICALLY
FILED

    This matter having been brought before the Court by an application by Day Pitney LLP, attorneys for the defendants, for the entry of an Consent Order of Remand, and the plaintiff and his counsel, Foley Perlman & Campbell, LLC, having consented to the form and entry of this Order; and good cause appearing,

    It is on this 28th day of August, 2008:

    ORDERED that this matter be, and same hereby is, remanded to the New York Supreme Court, Bronx County.

                                                    _____
                                                         USDJ

I hereby consent to the form
and entry of the within Order

FOLEY PERLMAN & CAMPBELL, LLC

BY: *[signature]*
Denise Campbell

DATE: 8/26/08

DAY PITNEY LLP

BY: *[signature]*
Wendy Johnson Lario

DATE: 8/28/08